# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

### NOTICE OF DOCKETING - Short Form

May 23, 2022

**To:** Gina M. Colletti
    Clerk of Court

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 22-1912
>
> Caption:
> RYAN P. O'BOYLE,
>     Plaintiff - Appellant
>
> v.
>
> GILBERT CARRASCO, et al.,
>     Defendants - Appellees
>
> District Court No: 2:16-cv-00959-BHL
> Clerk/Agency Rep Gina M. Colletti
> District Judge Brett H. Ludwig
>
> Date NOA filed in District Court: 05/23/2022

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**     (form ID: **188**)